

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-366-CV

MICHAEL HINZMANN, M.D.                                         APPELLANTS
AND CONSULTANTS IN RADIOLOGY

V.

JAMES BOWERS                                                    APPELLEE

----------

## FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellants' "Unopposed Motion To Dismiss Appeal With Prejudice."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.


PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  January 21, 2010

---

[1] *... See* Tex. R. App. P. 47.4.